UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK ANTHONY LOSAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | 7:25-CV-628-BO-BM |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner for Further Administrative Proceedings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. Upon remand, the Appeals Council will refer Plaintiff's case to an Administrative Law Judge ("ALJ"), who will offer the claimant the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

**This judgment filed and entered on August 1, 2025, and served on:**
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

**PETER A. MOORE, JR., CLERK**

August 1, 2025                    /s/Lindsay Stouch
                                 By: Deputy Clerk